# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

_____

SARAH WEST, AUSRA WEST,
and JAMES WEST,

                                              CV 10-132-M-DWM-JCL

                Plaintiff,

       vs.

                                              ORDER

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, and
JOHN DOES A, B, and C,

                Defendants.
_____

On May 20, 2011, the Plaintiffs filed a Fed. R. Civ. P. 37(a)(3)(B) motion for an order compelling discovery. The motion did not set forth the text of the discovery requests in dispute and the responses to those requests — or attach a copy of the disputed requests and responses — as required by L.R. 26.3(c)(1). THEREFORE, IT IS HEREBY ORDERED that the Plaintiffs shall, on or before **May 31, 2011,** file a supplement to their motion that sets forth the text of the discovery requests in dispute, and the responses, if any, made to those requests by the Defendant State Farm Mutual Automobile Insurance Company.

DATED this 23rd day of May, 2011.

                                              /s/ Jeremiah C. Lynch
                                              Jeremiah C. Lynch
                                              United States Magistrate Judge